UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF FLORIDA
Pensacola Division

| | |
|---|---|
| TRACY TOWNSEND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES d/b/a | ) |
| DEPARTMENT OF THE AIR FORCE | ) |
| d/b/a 96TH MEDICAL GROUP | ) CIVIL ACTION NO. _____ |
| (AFMC-EGLIN AFB), a United States | ) |
| government entity, | ) |
| | ) |
| Defendant. | ) |
| _____/ | |

**COMPLAINT FOR NEGLIGENCE**

Plaintiff, TRACY TOWNSEND, ("PLAINTIFF"), by and through her undersigned attorney, sues the Defendant, UNITED STATES d/b/a DEPARTMENT OF THE AIR FORCE d/b/a 96th MEDICAL GROUP (AFMC-Eglin AFB) (hereinafter "96th Medical Group"), a United States government entity (collectively "UNITED STATES"), and alleges:

**I. INTRODUCTION
JURISDICTION AND VENUE**

1. This is an action for damages under 28 USC § 1346 (b) and for damages arising under the common law of the State of Florida.

2. This action makes issue and alleges a negligent or wrongful act or omission of government agents, apparent agents and/or employees while acting within the scope of their agency and/or employment.

3. Venue is posited in United States District Court, Northern District of Florida, Pensacola Division, pursuant to 28 U.S.C. §1391 and by virtue of the status of each party as more fully described below.

4. The acts, omissions, and practices described hereafter all occurred within the jurisdiction of the United States District Court in and for the Northern District of Florida.

5. At all times material hereto, the acts and omissions of Defendant 96TH MEDICAL GROUP's agents, apparent agents and/or employees were committed within the course and scope of their employment with Defendant UNITED STATES d/b/a DEPARTMENT OF THE AIR FORCE d/b/a 96th MEDICAL GROUP (AFMC-Eglin AFB), a United States government entity, which at all times relevant hereto was a licensed medical provider.

6. On October 5, 2016, Plaintiff filed a Claim for Damage, Injury, or Death (Standard Form 95) as required by law, and no written denial of the claim has been received, by certified mail or registered mail, within the allotted six (6) month period in which the claim was filed, pursuant to 28 U.S.C. § 2401.

7. On October 5, 2016, Plaintiff filed the appropriate Standard Form 95, a written denial of the claim has not been received either by certified mail or registered mail.

## II. PARTIES

8. At all times material hereto, PLAINTIFF was a resident of Santa Rosa County, Florida.

9. At all times material hereto, Defendant UNITED STATES d/b/a DEPARTMENT OF THE AIR FORCE d/b/a 96th MEDICAL GROUP (AFMC-Eglin AFB), a United States government entity was a duly organized health care provider that provided medical treatment to Plaintiff, TRACY TOWNSEND.

## III. FACTS APPLICABLE TO ALL COUNTS

10. On or about March 12, 2015, Plaintiff, TRACY TOWNSEND, presented to 96TH MEDICAL GROUP, (hereinafter referred to as "96TH MEDICAL GROUP") for laparoscopic cholecystectomy and abdominal hysterectomy.

11. During this procedure, the Plaintiff, TRACY TOWNSEND, began to show EKG changes and the procedure was terminated for further consultation by a cardiologist.

12. On or about March 13, 2015, Plaintiff, TRACY TOWNSEND, had a consultation with a cardiologist who suggested bile duct injury but Plaintiff was discharged home.

13. On or about March 16, 2015, Plaintiff, TRACY TOWNSEND, presented to 96TH MEDICAL GROUP for a total abdominal hysterectomy and during said procedure Plaintiff was found to have bile in peritoneum and had to undergo placement of a stent and percutaneous drain that drained a significant

3

amount of bile and eventually had to undergo a Roux-en-Y Bi-Hepaticojejunostomy to repair the hepatic bile duct.

14. On or about October 5, 2016, PLAINTIFF served fully executed SF95 Claim Form of TRACY TOWNSEND for medical malpractice, via Federal Express, with tracking receipt, along with a complete set of medical records pertaining the care and treatment of Plaintiff, TRACY TOWNSEND, pursuant to the Federal Tort Claims Act. Copies are attached hereto as Composite Exhibit "A."

15. At all times material herein, Defendant UNITED STATES d/b/a DEPARTMENT OF THE AIR FORCE d/b/a 96th MEDICAL GROUP (AFMC-Eglin AFB), by and through its employees, agents and/or apparent agents owed a duty to PLAINTIFF, TRACY TOWNSEND, to exercise that level of care, skill and treatment recognized by reasonably prudent health care providers under similar conditions and circumstances.

16. Defendant UNITED STATES was and is vicariously responsible for the negligent acts of 96TH MEDICAL GROUP's doctors, employees, agents, and apparent agents.

17. Defendant UNITED STATES, through its doctors, employees, agents, and apparent agents, was negligent and departed from the appropriate standard of care in the following respects, *inter alia*:

    a. Negligently injuring the hepatic bile duct; and

    b. Negligently failing to recognize the hepatic bile duct injury.

18.  The above acts of negligence on the part of Defendant's agents and employees were continuous and resulted in damage to Plaintiffs.

19.  As a direct and proximate result of Defendant UNITED STATES' doctor's and staff's negligence and failure to properly monitor and treat the Plaintiff, TRACY TOWNSEND, suffered a hepatic bile duct injury and required a Roux-en-Y Bi-Hepaticojejunostomy. In addition, Plaintiff suffered bodily injury, humiliation, embarrassment, pain and suffering, disability, disfigurement, mental anguish and loss of capacity of the enjoyment of life.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

20.  All conditions precedent to the bringing of this lawsuit have occurred or have been satisfied prior to the filing of this action.

WHEREFORE, PLAINTIFF demands a trial by jury and a judgment for whatever damages in excess of Fifteen Thousand Dollars ($15,000.00) the Court finds PLAINTIFF to be entitled, plus costs, interest, and other such relief as the Court deems proper.

Date: September 22ND, 2017

*S/Christopher P. Janes*
**CHRISTOPHER P. JANES**
FL Bar No.: 0100072
**ADRIAN R. BRIDGES**
FL Bar No.: 58877
**MICHLES & BOOTH, P.A.**
501 Brent Lane
Pensacola, Florida 32503-2003
Tel: 850.438.4848 / Fax: 850.437.5556
courtdocs@michlesbooth.com
filing@michlesbooth.com
Counsel for Plaintiffs